UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on September 16,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Calvin & Kim Gaynor

Case No.: 14-11216

Chapter: 13

Hearing Date: _____

Judge: JNP

*Amended*   ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

DATED: September 16, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to finance real property located at _____156 Dunlin Lane Egg Harbor Township, N.J. 08234_____ pursuant to the terms outlined in the debtor's certification in support of the financing motion; and it is further

ORDERED that from the funds received in connection with the finance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ❏ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ❏ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____500.00_____ for representation in connection with this motion, which is to be paid (**choose one**):

❏ at closing        ❏ through the plan        ☒ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

☐ is applicable        ☒ is not applicable

ORDERED that the following other provisions apply:

*rev.8/1/15*