UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on September 16,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Calvin & Kim Gaynor

Case No.: 14-11216

Chapter: 13

Hearing Date: _____

Judge: JNP

**Amended** ORDER APPROVING POST-PETITION FINANCING

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

DATED: September 16, 2016

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

THIS MATTER having come before the Court on the debtor's Motion to Approve Post-Petition Financing, and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order, it is hereby

ORDERED that the debtor(s) be and hereby are allowed to finance real property located at _____ 156 Dunlin Lane Egg Harbor Township, N.J. 08234 _____ pursuant to the terms outlined in the debtor's certification in support of the financing motion; and it is further

ORDERED that from the funds received in connection with the finance, all liens on the property shall be paid in full, at closing; and it is further

ORDERED that debtor(s) are authorized to pay the usual and necessary costs and expenses of settlement; and it is further

ORDERED that the debtor shall:
- ☐ Satisfy all Plan obligations from financing proceeds
- ☒ Continue to make payments under the Plan as proposed or confirmed
- ☐ Modify the Plan as follows:

ORDERED that debtor's counsel shall be allowed a legal fee of $ _____ 500.00 _____ for representation in connection with this motion, which is to be paid (**choose one**):

☐ at closing        ☐ through the plan        ☒ outside the plan;

and it is further

2

ORDERED that the chapter 13 trustee shall be provided with a copy of the HUD-1 settlement statement within seven (7) days of the closing of the refinance; and it is further

ORDERED that Fed. R. Bankr. P. 6004(h), which provides for a 14 day stay of this order,

    ☐ is applicable    ☒ is not applicable

ORDERED that the following other provisions apply:

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Calvin Gaynor  
Kim M Gaynor  
    Debtors

Case No. 14-11216-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Sep 16, 2016  
                       Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.  
db/jdb        +Calvin Gaynor,    Kim M Gaynor,    108 Mattix Run,    Galloway, NJ 08205-3510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:

          Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
          Denise E. Carlon    on behalf of Creditor    Midfirst Bank bankruptcynotice@zuckergoldberg.com,  
           bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
          John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com  
          John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer  
           Services, Inc. mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com  
          Thomas E. Dowey    on behalf of Joint Debtor Kim M Gaynor tdesquire@hotmail.com  
          Thomas E. Dowey    on behalf of Debtor Calvin Gaynor tdesquire@hotmail.com  
          William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer  
           Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer  
           Services, Inc. mortonlaw.bcraig@verizon.net  
     TOTAL: 8