UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Law Office of Thomas E. Dowey, Esq.
1423 Tilton Road, Suite 8
Northfield, New Jersey 08225
609-646-6200

Order Filed on November 21,
2017 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

Calvin & Kim Gaynor

Case No.: 14-11216

Chapter: 13

Judge: JNP

# ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: November 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

After review of the application of _____Calvin & Kim Gaynor_____ for the reduction of time for a hearing on __Motion to Reinstate Case_____
_____ under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on __11/28/2017__ at __10 am__ in the United States Bankruptcy Court, __400 Cooper Street, Camden, NJ 08101__, Courtroom No. __4C__.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: __trustee, secured creditors__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☒ overnight mail, ☐ regular mail, ☐ email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: __unsecured creditors__

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax, ☐ overnight mail, ☒ regular mail, ☐ email, ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒ may be presented orally at the hearing.

8.  ☒ Court appearances are required to prosecute the motion/application and any objections.

    ☐ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.2/1/16*