Form 200 – blanknotice

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 14−11216−JNP
                    Chapter: 13
                    Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Calvin Gaynor                                         Kim M Gaynor
   fdba Monet Fine Limo LLC                 108 Mattix Run
   108 Mattix Run                                 Galloway, NJ 08205
   Galloway, NJ 08205

Social Security No.:
   xxx−xx−2913                                       xxx−xx−4458

Employer's Tax I.D. No.:

    NOTICE OF ORDER OF REINSTATEMENT OF CASE

Notice is hereby given that the above−captioned case which was dismissed on November 17, 2017 has been reinstated by order dated November 28, 2017.

Dated: November 28, 2017
JAN: cmf

                                                                                   Jeanne Naughton
                                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-11216-JNP
Calvin Gaynor                                                           Chapter 13
Kim M Gaynor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2          Date Rcvd: Nov 28, 2017
                              Form ID: 200             Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2017.
```
db/jdb         #+Calvin Gaynor,    Kim M Gaynor,    108 Mattix Run,    Galloway, NJ 08205-3510
cr              +Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,    1451 Thomas Langston Road,
                  Winterville, NC 28590-8872
514487612        Absecon Family Dental,    658 White Horse Pike,    Absecon, NJ 08201-2302
514487614        Atlantic Credit & Financing,    P.O. Box 13388,    Roanoke, VA 24033
514487615       +Atlantic Gastroenterology,    NCO Financial,    P.O. Box 15636,    Wilmington, DE 19850-5636
514487616       +Best Buy,    P.O. Box 790441,    St. Louis, MO 63179-0441
514487617        Capital One,    P.O. Box 85617,    Richmond, VA 23285-5617
514487618       +Capital One,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
514487619        Comenity-HSN,    P.O. Box 659707,    San Antonio, TX 78265-9707
514487620       +Dental Care Of Brigantine,    4276 B Harbor Beach Blvd,    Brigantine, NJ 08203-1363
514487622        Horizon Eye Care,    2401 Bay Ave.,    Ocean City, NJ 08226-2456
514487623       +JSM At Timber Glen, LLC,    2000 Timber Glen Dr.,    Hamilton, NJ 08330-3456
514626824       +JSM at Timber Glen, LLC,    Michael Shivietz, Esq.,    1260 Stelton Road,
                  Piscataway, NJ 08854-5282
514487624       +Mariner Finance L L C,    C/O William E Brewer Esq,    P O Box 1001,    Marmora, NJ 08223-5001
514548142       +MidFirst Bank,    Zucker Goldberg & Ackerman,    200 Sheffield Street, Suite 301,
                  Mountainside, NJ 07092-2315
514487625        Midland Mortgage,    P.O. Box 26648,    Oklahoma City, OK 73126-0648
514487627       +NRC INc,    6491 Peachtree Industrial Park,    Atlanta, GA 30360-2100
514487628       +PNC Bank,    C/O NCB Management Services,    P.O. Box 1099,    Langhorne, PA 19047-6099
514487632       +SRA Associates, Inc.,    401 Minnetonka Rd.,    Hi Nella,, NJ 08083-2914
514487631        South Jersey Gas Co.,    P.O. Box 6091,    Bellmawr, NJ 08099-6091
514525126       +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                  Marlton, NJ 08053-3428
514487634       +Timber Glenn,    2000 Timber Glen Dr.,    Hamilton, NJ 08330-3456
514487635       +Trojan Professional Services,    P.O. Box 1270,    Los Alamitos, CA 90720-1270
514487636      #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
514847724       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
514848644       +Wells Fargo Bank,    PO Box 5058 MAC P6053-021,    Portland, OR 97208-5058
514646060        Wells Fargo Bank, N.A.,    P.O. Box 19657,    Irvine, CA 92623-9657
514705681       +Wells Fargo Bank, N.A.,,    d/b/a/ Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,
                  Winterville, NC 28590-8872
514487638       +Wells Fargo Dealer Services,    P.O. Box 3599,    Rancho Cueamonga, CA 91729-3599
514487637        Wells Fargo Dealer Services,    P.O. Box 25341,    Santa Ana, CA 92799-5341
514705680       +Wells Fargo Dealer Services, Inc.,    John R. Morton, Jr., Esquire,
                  110 Marter Avenue, Suite 301,    Moorestown, NJ 08057-3124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2017 23:06:51     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2017 23:06:47     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
514649870       +E-mail/Text: BKRMailOps@weltman.com Nov 28 2017 23:06:55
                  ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LL,    GE CAPITAL RETAIL BANK,
                  c/o Weltman Weinberg & Reis,    P.O. BOX 6597,    Cleveland, OH 44101-1597
514654197       +E-mail/Text: BKRMailOps@weltman.com Nov 28 2017 23:06:55
                  ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LL,    Successor in interest to GE CAPITAL RETA,
                  c/o Weltman, Weinberg & Reis,    325 Chestnut Street, Ste 501,    Philadelphia, PA 19106-2605
514636751        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 28 2017 23:09:57
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK 73124-8838
514487613       +E-mail/Text: bankruptcy@pepcoholdings.com Nov 28 2017 23:06:29     Atlantic City Electric Co.,
                  P.O. Box 4875,    Trenton, NJ 08650-4875
514575253        E-mail/Text: bankruptcy@pepcoholdings.com Nov 28 2017 23:06:29
                  Atlantic City Electric Company,    5 Collins Drive, Suite 2133,    Carneys Point, NJ 08069-3600
514487621        E-mail/PDF: gecsedi@recoverycorp.com Nov 28 2017 23:03:45     GE Capital Retail Bank,
                  P.O. Box 965009,    Orlando, FL 32896-5009
514487626       +E-mail/Text: egssupportservices@alorica.com Nov 28 2017 23:07:00     NCO Financial Systems Inc.,
                  507 Prudential Road,    Horsham, PA 19044-2308
514926513       +E-mail/Text: csc.bankruptcy@amwater.com Nov 28 2017 23:07:41     New Jersey American Water,
                  PO Box 578,    Alton, IL 62002-0578
514794963        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 23:10:18
                  Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk VA 23541
514802297        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 23:10:10
                  Portfolio Recovery Associates, LLC,    c/o Capital One/Hsbc,    POB 41067,    Norfolk VA 23541
514843029        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 23:09:59
                  Portfolio Recovery Associates, LLC,    c/o Pep Boys,    POB 41067,    Norfolk VA 23541
514487629       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 28 2017 23:10:00
                  Portfolio Recovery Asso., LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
```

```
District/off: 0312-1                User: admin                 Page 2 of 2                  Date Rcvd: Nov 28, 2017
                                    Form ID: 200                Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
514487630        +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 28 2017 23:07:39
                   Progressive Garden State Ins. Co.,    C/O Credit Collection Services,    Two Wells Ave.,
                   Newton, MA 02459-3225
514578440         E-mail/Text: bnc-quantum@quantum3group.com Nov 28 2017 23:06:38
                   Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                   Kirkland, WA 98083-0788
514487633        +E-mail/Text: jchrist@stewardfs.com Nov 28 2017 23:06:57      Steward Financial Servicies,
                   P.O. Box 39,    Maple Shade, NJ 08052-0039
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Steward Financial Services,    c/o Stark & Stark,    401 Route 73 North, Suite 130,
                  Marlton, NJ 08053-3428
514574855       ##+MARINER FINANCE, LLC,    3301 BOSTON ST.,STE 201,    BALTIMORE, MD 21224-4979
                                                                                TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2017 at the address(es) listed below:
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    Midfirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
               jgould@stark-stark.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
              Thomas E. Dowey    on behalf of Debtor Calvin  Gaynor tdesquire@hotmail.com
              Thomas E. Dowey    on behalf of Joint Debtor Kim M Gaynor tdesquire@hotmail.com
              William E. Craig    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
               Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
               Services, Inc. mortoncraigecf@gmail.com, mortoncraigecf@gmail.com
                                                                                               TOTAL: 9
```