| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Calvin Gaynor** | Social Security number or ITIN   xxx–xx–2913 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Kim M Gaynor** | Social Security number or ITIN   xxx–xx–4458 |
| | First Name    Middle Name    Last Name | EIN   _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   **14–11216–JNP**

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Calvin Gaynor                                         Kim M Gaynor
fdba Monet Fine Limo LLC

<u>5/14/19</u>                                              **By the court:** <u>Jerrold N. Poslusny Jr.</u>
                                                                      United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 14-11216-JNP
Calvin Gaynor                                                            Chapter 13
Kim M Gaynor
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2              Date Rcvd: May 14, 2019
                             Form ID: 3180W        Total Noticed: 49

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2019.
```
db/jdb        +Calvin Gaynor,   Kim M Gaynor,   156 Dunlin Lane,   Pleasantville, NJ 08232-2942
514487612      Absecon Family Dental,   658 White Horse Pike,   Absecon, NJ  08201-2302
514487614      Atlantic Credit & Financing,   P.O. Box 13888,   Roanoke, VA 24033
514487615     +Atlantic Gastroenterology,   NCO Financial,   P.O. Box 15636,   Wilmington, DE 19850-5636
514487616     +Best Buy,   P.O. Box 790441,   St. Louis, MO 63179-0441
514487620     +Dental Care Of Brigantine,   4276 B Harbor Beach Blvd,   Brigantine, NJ 08203-1363
514487622      Horizon Eye Care,   2401 Bay Ave.,   Ocean City, NJ  08226-2456
514487623     +JSM At Timber Glen, LLC,   2000 Timber Glen Dr.,   Hamilton, NJ 08330-3456
514626824     +JSM at Timber Glen, LLC,   Michael Shivietz, Esq.,   1260 Stelton Road,
               Piscataway, NJ 08854-5282
514574855     +MARINER FINANCE, LLC,   3301 BOSTON ST.,STE 201,   BALTIMORE, MD 21224-4979
514487624     +Mariner Finance L L C,   C/O William E Brewer Esq,   P O Box 1001,   Marmora, NJ 08223-5001
514548142     +MidFirst Bank,   Zucker Goldberg & Ackerman,   200 Sheffield Street, Suite 301,
               Mountainside, NJ 07092-2315
514487625      Midland Mortgage,   P.O. Box 26648,   Oklahoma City, OK  73126-0648
514487627     +NRC Inc,   6491 Peachtree Industrial Park,   Atlanta, GA 30360-2100
514487628     +PNC Bank,   C/O NCB Management Services,   P.O. Box 1099,   Langhorne, PA 19047-6099
514487632     +SRA Associates, Inc.,   401 Minnetonka Rd.,   Hi Nella, NJ 08083-2914
514487631      South Jersey Gas Co.,   P.O. Box 6091,   Bellmawr, NJ  08099-6091
514525126     +Steward Financial Services,   c/o Stark & Stark,   401 Route 73 North, Suite 130,
               Marlton, NJ 08053-3428
514487634     +Timber Glenn,   2000 Timber Glen Dr.,   Hamilton, NJ 08330-3456
514487635     +Trojan Professional Services,   P.O. Box 1270,   Los Alamitos, CA 90720-1270
514487638     ##+Wells Fargo Dealer Services,   P.O. Box 3599,   Rancho Cueamonga, CA 91729-3599
514705680     +Wells Fargo Dealer Services, Inc.,   John R. Morton, Jr., Esquire,
               110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3124
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov May 15 2019 02:22:35     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2019 02:22:28     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr            +EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer S,
               1451 Thomas Langston Road,   Winterville, NC 28590-8872
514649870     +E-mail/Text: BKRMailOps@weltman.com May 15 2019 02:22:42
               ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LL,   GE CAPITAL RETAIL BANK,
               c/o Weltman Weinberg & Reis,   P.O. BOX 6597,   Cleveland, OH 44101-1597
514654197     +E-mail/Text: BKRMailOps@weltman.com May 15 2019 02:22:43
               ATLANTIC CREDIT & FINANCE SPECIAL FINANCE UNIT, LL,   Successor in interest to GE CAPITAL RETA,
               c/o Weltman, Weinberg & Reis,   325 Chestnut Street, Ste 501,   Philadelphia, PA 19106-2605
514636751      EDI: AIS.COM May 15 2019 05:48:00     American InfoSource LP as agent for,   Verizon,
               PO Box 248838,   Oklahoma City, OK  73124-8838
514487613     +E-mail/Text: bankruptcy@pepcoholdings.com May 15 2019 02:21:51     Atlantic City Electric Co.,
               P.O. Box 4875,   Trenton, NJ 08650-4875
514575253      E-mail/Text: bankruptcy@pepcoholdings.com May 15 2019 02:21:51
               Atlantic City Electric Company,   5 Collins Drive, Suite 2133,   Carneys Point, NJ  08069-3600
514487617      EDI: CAPITALONE.COM May 15 2019 05:38:00     Capital One,   P.O. Box 85617,
               Richmond, VA  23285-5617
514487618     +EDI: CAPITALONE.COM May 15 2019 05:38:00     Capital One,   P.O. Box 30281,
               Salt Lake City, UT 84130-0281
514487619      EDI: WFNNB.COM May 15 2019 05:38:00     Comenity-HSN,   P.O. Box 659707,
               San Antonio, TX  78265-9707
514487621      EDI: RMSC.COM May 15 2019 05:38:00     GE Capital Retail Bank,   P.O. Box 965009,
               Orlando, FL  32896-5009
514487626     +E-mail/Text: egssupportservices@alorica.com May 15 2019 02:22:49     NCO Financial Systems Inc.,
               507 Prudential Road,   Horsham, PA 19044-2308
514926513     +E-mail/Text: csc.bankruptcy@amwater.com May 15 2019 02:23:52     New Jersey American Water,
               PO Box 578,   Alton, IL 62002-0578
514794963      EDI: PRA.COM May 15 2019 05:38:00     Portfolio Recovery Associates, LLC,   c/o Capital One,
               POB 41067,   Norfolk VA 23541
514802297      EDI: PRA.COM May 15 2019 05:38:00     Portfolio Recovery Associates, LLC,
               c/o Capital One/Hsbc,   POB 41067,   Norfolk VA 23541
514843029      EDI: PRA.COM May 15 2019 05:38:00     Portfolio Recovery Associates, LLC,   c/o Pep Boys,
               POB 41067,   Norfolk VA 23541
514487629     +EDI: PRA.COM May 15 2019 05:38:00     Portfolio Recovery Asso., LLC,   P.O. Box 12914,
               Norfolk, VA 23541-0914
514487630     +EDI: CCS.COM May 15 2019 05:48:00     Progressive Garden State Ins. Co.,
               C/O Credit Collection Services,   Two Wells Ave.,   Newton, MA 02459-3225
514578440      EDI: Q3G.COM May 15 2019 05:38:00     Quantum3 Group LLC as agent for,   Comenity Capital Bank,
               PO Box 788,   Kirkland, WA  98083-0788
514487633     +E-mail/Text: jchrist@stewardfs.com May 15 2019 02:22:45     Steward Financial Servicies,
               P.O. Box 39,   Maple Shade, NJ 08052-0039
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 14, 2019
                             Form ID: 3180W            Total Noticed: 49
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
514487636      +EDI: VERIZONCOMB.COM May 15 2019 05:38:00     Verizon Wireless,    P.O. Box 26055,
                Minneapolis, MN 55426-0055
514847724      +EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Bank,    PO Box 63491 MAC A0143-042,
                San Francisco, CA 94163-0001
514848644      +EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Bank,    PO Box 5058 MAC P6053-021,
                Portland, OR 97208-5058
514646060       EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Bank, N.A.,    P.O. Box 19657,
                Irvine, CA 92623-9657
514705681      +EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Bank, N.A.,,
                d/b/a/ Wells Fargo Dealer Services,    1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
514487637       EDI: WFFC.COM May 15 2019 05:48:00     Wells Fargo Dealer Services,    P.O. Box 25341,
                Santa Ana, CA  92799-5341
                                                                                       TOTAL: 27


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Steward Financial Services,   c/o Stark & Stark,    401 Route 73 North, Suite 130,
                Marlton, NJ 08053-3428
                                                                          TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2019 at the address(es) listed below:
              Brian C. Nicholas   on behalf of Creditor   MIDFIRST BANK bnicholas@kmllawgroup.com,
                bkgroup@kmllawgroup.com
              Denise E. Carlon   on behalf of Creditor   Midfirst Bank bankruptcynotice@zuckergoldberg.com,
                bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
                summarymail@standingtrustee.com
              John L. Laskey   on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
                jgould@stark-stark.com
              John R. Morton, Jr.   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
                Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
                Services, Inc. ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Thomas E. Dowey   on behalf of Debtor Calvin  Gaynor tdesquire@hotmail.com
              Thomas E. Dowey   on behalf of Joint Debtor Kim M Gaynor tdesquire@hotmail.com
              William E. Craig   on behalf of Creditor   Wells Fargo Bank, N.A., d/b/a Wells Fargo Dealer
                Services; successor by merger to Wells Fargo Dealer Services, Inc., f/k/a Wachovia Dealer
                Services, Inc. mortoncraigecf@gmail.com,   mortoncraigecf@gmail.com
                                                                                  TOTAL: 9
```